742 A.2d 648

COMMONWEALTH of Pennsylvania, Respondent,

v.

Calvin JOHNSON, Petitioner.

Supreme Court of Pennsylvania.

Dec. 2, 1999.

Calvin Johnson for petitioner:

## ORDER

PER CURIAM.

AND NOW, this 2nd day of December, 1999, petitioner's "Permission is Requested to Amend and or Clarify Petition for Allowance of Appeal" and petition for allowance of appeal are denied.